

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07 CR 867 |
| ) | |
| v. ) | Hon. Sidney I. Schenkier |
| ) | United States Magistrate Judge |
| TOMITA INYANG ) | |
| ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated December 27, 2007, are hereby SEALED until and including January 14, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

SIDNEY I. SCHENKIER
United States Magistrate Judge

Dated: December 27, 2007