# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

IN UNITED STATES: [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Tomita Inyang

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): TOMITA INYANG

1. [X] Defendant – Adult
2. [ ] Defendant – Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court: 07 CR 867
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) [X] Felony  [ ] Misdemeanor
18 § 1029(a)(5)

FILED 12-28-07 DEC 28 2007 United States District Court

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $___
- IF NO, give month and year of last employment: 1/07
- How much did you earn per month? $1100
- If married is your Spouse employed? [ ] Yes [X] No
- IF YES, how much does your Spouse earn per month? $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [ ] No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: N/A

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes [X] No  IF YES, state total amount $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes [ ] No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $4500  DESCRIPTION: Lexus

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Apt | | $ | $ 625.00 |
| Utilities | | $ | $ 30.00 |
| Auto | | $ | $ 50.00 |
| Other | | $ | $ 60.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/28/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)