# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 867 - 1 | **DATE** | 1/3/2008 |
| **CASE TITLE** | United States of America vs. Tomita Inyang | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 1/7/08 at 2:00 p.m. Mr. Schumann's oral motion to withdraw as counsel for defendant is granted. Status on preliminary examination continued to 1/7/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|