Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR-~~876~~ 867 | DATE | 1/7/2008 |
| CASE TITLE | U.S.A. vs. Tomita Inyang | | |

**DOCKET ENTRY TEXT**

(Defendant Tomita Inyang only). Detention hearing held on 1/7/2008. The government's motion for detention is granted. Defendant to remain in custody until further order of court. Preliminary examination hearing set for 1/16/2008 at 12:30 p.m. Draft order to follow.

Docketing to mail notices.

1:00

| | Courtroom Deputy Initials: | SB |
|---|---|---|